1  GREENBERG TRAURIG, LLP
   TODD R. WULFFSON (SBN 150377)
   3161 Michelson Drive, Suite 1000
2  Irvine, California 92612
   T: (949) 732-6500
3  F: (949) 732-6501
   Wulffsont@gtlaw.com
4

5  VALDEZ SEYEDIN-NOOR DUNSON & DOYLE LLP
   AMY K. TODD (SBN 208581)
6  116 New Montgomery Street, Suite 210
   San Francisco, CA  94105
7  T:  (415) 202-5950
   F:  (415) 202-5951
8  atoddgher@vsnlaw.com

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | UNIVERSAL OPERATIONS RISK | CASE NO. 11-CV-05969 SBA |
   | MANAGEMENT, LLC, EDWARD |  |
13 | MUHLNER, THOMAS BOCHNOWSKI, | **JOINT STIPULATION AND PROPOSED** |
   | and MARK COHON, | **ORDER TO EXTEND TIME TO RESPOND TO** |
14 |  | **DEFENDANT'S NOTICE OF MOTION,** |
   |  | **MOTION AND AMENDED MEMORANDUM IN** |
15 | Plaintiffs, | **SUPPORT OF GLOBAL RESCUE LLC'S** |
   | v. | **MOTION TO DISMISS, TRANSFER, OR STAY** |
16 |  |  |
   | GLOBAL RESCUE LLC, and DOES 1 | Date:   April 10, 2012 |
17 | through 10, inclusive, | Time:   1:00 p.m. |
   |  | Place: Courtroom 1 |
18 | Defendants. | Judge: Honorable Saundra B. Armstrong |

19

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, Plaintiffs served their First Amended Complaint in this matter on November 8, 2011;

WHEREAS, Defendants filed their Notice of Removal in this Court on December 5, 2011;

WHEREAS, Defendant filed its Motion to Dismiss, Transfer, or Stay before Magistrate Judge Donna M. Ryu on December 12, 2011;

WHEREAS, this action, *Universal Operations Risk Management, LLC et al. v. Global Rescue LLC et al.,* Case No. 11-CV-05969, was reassigned to the Honorable Saundra B. Armstrong for all further proceedings on December 13, 2011;

WHEREAS, per the December 13, 2011 Reassignment Order from the Office of the Clerk of Court, Defendant filed its Re-Notice of Motion, Motion and Amended Memorandum in Support of Global rescue LLC's Motion to Dismiss, Transfer, or Stay ("the Motion") before the Honorable Saundra B. Armstrong on December 16, 2011;

WHEREAS, the Court's first available hearing date is April 10, 2012;

WHEREAS, there have been no prior requests to extend any deadlines and such a request is made: (1) to remove any arguable requirement for Plaintiffs to respond in a California court in violation of the Temporary Restraining Order issued by the Superior Court of the Commonwealth of Massachusetts, Suffolk, Case No. 11-4502G (and which action has subsequently been removed to and is pending before the U.S. District court for the District of Massachusetts, No. 1:11-civ-12250 (Wolf, C.J.)), which currently prohibits Plaintiffs Muhlner, Bochnowski and Cohon from prosecuting their claims, prosecuting a separate suit, or obtaining relief in any other court except a Massachusetts state or federal court, and specifically prohibits them from prosecuting a separate suit in any state and federal court of California; (2) based on Plaintiffs' counsel's request to alleviate any requirement that Plaintiffs' counsel brief and respond to Defendant's Motion during the upcoming holidays, including during pre-scheduled holiday vacation time with family, and; (3) for good cause and not for any purposes of delay on either party's part.

It is therefore agreed to and stipulated by and between the parties and their respective counsel that an extension of deadlines is warranted and the revised schedule shall be as follows:

1. Opposition to Defendant's Re-Notice of Motion re Motion to Dismiss, Transfer or Stay is due January 24, 2012.

2. Reply to Plaintiffs' Opposition to Defendant's Re-Notice of Motion re Motion to Dismiss, Transfer or Stay is due January 31, 2012.

**Stipulated By and Between:**

Dated: December 22, 2011            Respectfully submitted,
                                    Valdez Seyedin-Noor Dunson & Doyle LLP


                                    By:      /s/ Amy K. Todd
                                    Amy K. Todd (SBN 208581)

                                    Of counsel, *Pro Hac Vice Application Pending*:
                                    Mark M. Whitney, Mass. BBO #637054
                                    MORGAN, BROWN & JOY, LLP

Dated: December 22, 2011            Respectfully submitted,
                                    Greenberg Traurig, LLP

                                    By:      /s/ Todd R. Wulffson
                                    Todd R. Wulffson (SBN 150377)


PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.


Dated: 12/27/11                     *[signature: Saundra B. Armstrong]*
                                    The Honorable Saundra B. Armstrong
                                    United States District Judge