GREENBERG TRAURIG, LLP
SCOTT G. LAWSON (SBN 174671)
Four Embarcadero Center, Suite 3000
San Francisco, California 94111
T: (415) 655-1300
F: (415) 707-2010
lawsons@gtlaw.com

GREENBERG TRAURIG, LLP
ALANA R. CHIMES (SBN 254730)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
T: (949) 732-6500
F: (949) 732-6501
chimesa@gtlaw.com

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL OPERATIONS RISK MANAGEMENT, LLC, EDWARD MUHLNER, THOMAS BOCHNOWSKI, and MARK COHON,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL RESCUE LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 4:11-cv-05969 SBA<br><br>**[PROPOSED] ORDER DENYING GLOBAL RESCUE LLC'S MOTION FOR ADMINISTRATIVE RELIEF TO VACATE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS, TRANSFER, OR STAY**<br><br>[Filed Concurrently with Motion for Administrative Relief; and Declaration of Alana R. Chimes]<br><br>**Complaint Filed: October 31, 2011** |

[PROPOSED] ORDER

*BOS 46,905,590v1*

1     Having considered the motion by defendant Global Rescue LLC ("GR") for administrative relief to vacate the initial case management conference and related deadlines and to stay discovery pending resolution of GR's motion to dismiss, transfer or stay, all papers filed by the parties in support of and in opposition to the motion and all other matters deemed appropriate by this Court,

    IT IS HEREBY ORDERED that GR's motion for administrative relief is denied.  The Court has already continued the March 21, 2012 case management conference to April 20, 2012 and hereby denies GR's request to vacate the case management conference and related deadlines.  The parties are hereby ordered to meet and confer and file a joint case management conference statement, as required by the Local Rules and this District's standing orders.  GR's request for a stay of discovery is denied.

IT IS SO ORDERED.

_____
The Honorable Saundra B. Armstrong
United States District Judge

1
[PROPOSED] ORDER

*BOS 46,905,590v1*