UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNIVERSAL OPERATIONS RISK MANAGEMENT, LLC, EDWARD MUHLNER, THOMAS BOCHNOWSKI, and MARK COHON,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL RESCUE LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 11-05969 SBA<br><br>**ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Docket 32. |

The parties are presently before the Court on Defendant Global Rescue LLC's ("Defendant") administrative motion seeking to vacate the initial case management conference and related deadlines, and to stay discovery pending resolution of its motion to dismiss, transfer or stay. Dkt. 32. Defendant argues that if its motion to dismiss is granted, there will be no need to "expend significant time and resources engaging in the CMC process and responding to discovery prematurely." However, such rationale could be made in *every* case in which a motion to dismiss, transfer or stay has been filed. As such, the Court finds that Defendant's justification for relief to be unpersuasive. To the extent that Plaintiffs' discovery requests are unduly burdensome, Defendant may seek relief in accordance with Rule 26 of the Federal Rules of Civil Procedure. Accordingly,

*BOS 46,905,590v1*

1  IT IS HEREBY ORDERED THAT Defendant's motion for administrative relief is
2  DENIED.  This Order terminates Docket 32.
3  IT IS SO ORDERED.
4  Dated: 3/16/12

                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

*BOS 46,905,590v1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28