AMY TODD-GHER, State Bar No. 208581
VALDEZ NOOR TODD & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA 94105
Telephone: (415) 202-5950
Facsimile: (415) 202-5951
Email: atoddgher@vsnlaw.com

Attorneys for Defendant
GLOBAL RESCUE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

UNIVERSAL OPERATIONS RISK MANAGEMENT, LLC, EDWARD MUHLNER, THOMAS BOCHNOWSKI, and MARK COHON,

v.

GLOBAL RESCUE LLC, and DOES 1 through 10, inclusive,

CASE NO. 4:11-cv-05969 SBA (EDL)

**JOINT STIPULATION REGARDING SETTLEMENT AND DEFENDANT GLOBAL RESCUE LLC'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR AN AWARD OF ATTORNEY'S FEES**

Date: September 4, 2012
Time: 2:00 p.m.
Crtrm: E
Judge: Magistrate Elizabeth D. Laporte

Plaintiffs Universal Operations Risk Management, LLC, Edward Muhlner, Thomas Bochnowski and Mark Cohon (together, "Plaintiffs") and Defendant Global Rescue LLC ("Global Rescue") (together the "Parties") jointly submit the following stipulation.

It is hereby stipulated and agreed by and between all Parties that the above-entitled action has now settled in full and without costs or expenses to any party, and that each party is to bear his, her, its or their own attorneys' fees and costs. It is further stipulated that all rights of appeal are hereby waived by all Parties.

Based on the Parties' settlement and stipulation, and pursuant to Northern District of California Local Rule 7-7, Global Rescue hereby withdraws its Motion for an Award of Attorneys' Fees and its Bill of Costs. Global Rescue gives notice that its Motion for an Award of Attorney's Fees should be taken off-calendar and that it hereby waives its right to recover the costs taxed by the Court on August 6, 2012.

Dated: August 7, 2012

VALDEZ NOOR TODD & DOYLE LLP

By /s/ *Amy Todd-Gher*
AMY TODD-GHER

Attorneys for Defendant
GLOBAL RESCUE LLC

Of counsel:
Mark M. Whitney, Mass. BBO #637054
MORGAN, BROWN & JOY, LLP
(*Pro Hac Vice*)

Dated: August 7, 2012

By: */s/ Alana R. Chimes*

Scott G. Lawson
Alana R. Chimes
GREENBERG TRAURIG, LLP
Counsel for Plaintiffs UNIVERSAL OPERATIONS RISK MANAGEMENT, LLC, EDWARD MUHLNER, THOMAS BOCHNOWSKI, and MARK COHON

**ATTESTATION OF FILING**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Amy Todd-Gher, hereby attest that concurrence in the filing of this Joint Stipulation Regarding Settlement and Global Rescue LLC's Notice of Withdrawal of its Motion for an Award of Attorney's Fees has been obtained from Alana R. Chimes who has provided the conformed signature above.

By *\/s/ Amy Todd-Gher*
AMY TODD-GHER